# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NOVUS, INC. and PARFOIS PR, LLC, | CIVIL NO. 3-20-cv-1638 (PAD) |
| Plaintiffs, | |
| v. | |
| DDR DEL SOL, LLC S.E.; DDR ESCORIAL, LLC S.E.; DDR ISABELA, LLC S.E.; DDR CAYEY, LLC S.E.; DDR RIO HONDO, LLC S.E.; DDR DEL NORTE, LLC S.E.; and DDR PALMA REAL, LLC S.E., | Re: Declaratory Judgment; Frustration of Purpose; Impossibility of Performance; Failure of Consideration; *Exceptio Non Adimpleti Contractus*; *Rebus Sic Stantibus;* Force Majeure; Unjust Enrichment; Reimbursement Action; and Breach of Contract |
| Defendants. | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL REMINDING DEFENDANTS

**TO THE HONORABLE COURT:**

**COME NOW** plaintiffs Novus, Inc. and Parfois PR, LLC (collectively, "Plaintiffs"), by and through undersigned counsel, and respectfully states and request:

1.     Plaintiffs and co-defendants DDR Del Sol, LLC, S.E.; DDR Norte, LLC, S.E.; DDR Rio Hondo, LLC, S.E.; DDR Escorial, LLC, S.E.; DDR Isabela, LLC, S.E., and DDR Cayey, LLC, S.E. (collectively "Defendants", and jointly with Plaintiffs the "Parties") have reached a definitive compromise in this case that puts an end to the litigation.

2.     Parties have executed a confidential *Settlement Agreement and Release* (the "Agreement").

3.     In accordance with the terms of the *Agreement*, the Parties have agreed that the instant case is to be dismissed with prejudice. Accordingly, the dismissal, as requested, should be

entered by the Court with prejudice, and without the imposition of costs or attorney's fees on any of the parties.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter judgment dismissing the above captioned complaint with prejudice, and without the imposition of costs or attorney's fees on any of the parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of July 2021.

**WE HEREBY CERTIFIED** that on this same date, a true and exact copy of the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Plaintiffs*
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
P: 787.756.9000 | F: 787.756.9010

s/ *Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

s/ *Alexandra C. Casellas*
Alexandra C. Casellas
USDC-PR No. 301010

s/ *Glorimar Irene-Abel*
Glorimar Irene-Abel
USDC-PR No. 307504

s/ *Gerardo J. Cruz Ortiz*
Gerardo J. Cruz Ortiz
USDC-PR No. 307011