# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NOVUS INC., <u>et al.</u>**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DDR DEL SOL LLC. S.E., <u>et. al.</u>,**<br><br>**Defendants.** | **CIVIL NO.  20-1638 (PAD)** |

## JUDGMENT

In accordance with the Orders at Docket Nos. 72 and 91, the court hereby enters Judgment dismissing plaintiffs' claims with prejudice without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of July, 2021.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge